1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12
                                    ) Case No.**2:09-cv-02596-WBS-KJM**
13  Scott N. Johnson               )
                                    ) STIPULATION AND ORDER RE:
14         Plaintiff,              ) EXTENSION OF TIME UNTIL JANUARY
                                    ) 18, 2010 FOR DEFENDANTS EDWIN
15      vs.                        ) H. CLOCK; NANCY M. CLOCK;
                                    ) NICOLE A. CLOCK; DIANA D.F.
16  Western Ranch Plaza, LLC et al, ) CLOCK; EDWIN H. CLOCK AS
                                    ) CUSTODIAN FOR HENRY N. CLOCK,
17         Defendants              ) UNDER THE CALIFORNIA UNIFORM
                                    ) TRANSFER MINORS ACT TO RESPOND
18                                  ) TO COMPLAINT
                                    )
19                                  )
                                    )
20                                  )
                                    )
21 _____ )

22
          Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.
23
   Johnson and Defendants,  Edwin H. Clock; Nancy M. Clock;
24
   Nicole A. Clock; Diana D.F. Clock; Edwin H. Clock as
25
   custodian for Henry N. Clock, under the California Uniform
26
   Transfer Minors Act, by and through their respective
27

28

              STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

attorneys of record, Scott N. Johnson; Cory B. Chartrand,

stipulate as follows:

        1. No extension of time has been previously

           obtained.

        2. Defendants Edwin H. Clock; Nancy M. Clock;

           Nicole A. Clock; Diana D.F. Clock; Edwin H.

           Clock as custodian for Henry N. Clock, under

           the California Uniform Transfer Minors Act are

           granted an extension until January 18, 2010 to

           respond or otherwise plead reference to

           Plaintiff's complaint.

        3. Defendants Edwin H. Clock; Nancy M. Clock;

           Nicole A. Clock; Diana D.F. Clock; Edwin H.

           Clock as custodian for Henry N. Clock, under

           the California Uniform Transfer Minors Act

           response will be due no later than January 18,

           2010.

    IT IS SO STIPULATED effective as of November 19, 2009

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

Dated:   November 30, 2009          /s/Cory B. Chartrand_____

Cory B. Chartrand,

Attorney for Defendants

Edwin H. Clock; Nancy M.

Clock; Nicole A. Clock;

Diana D.F. Clock; Edwin

H. Clock as custodian

for Henry N. Clock,

under the California

Uniform Transfer Minors

Act


Dated:   November 19, 2009          /s/Scott N. Johnson _____

Scott N. Johnson,

Attorney for Plaintiff



   **IT IS SO ORDERED:** that Defendants Edwin H. Clock;

Nancy M. Clock; Nicole A. Clock; Diana D.F. Clock; Edwin H.

Clock as custodian for Henry N. Clock, under the California

Uniform Transfer Minors Act shall have until January 18,

2010 to respond to complaint.

Dated: December 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE